UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WILLIAM D. SMITH,

                  Plaintiff,

-against-                               15 **CIVIL** 3455 (NSR)

                                          **JUDGMENT**

NEW YORK STATE DEPARTMENT OF
CORRECTIONAL SERVICES,
SUPERINTENDENT ROBERT CUNNINGHAM,
LT. HOLLORAN, SORC - MR. NICHOLAS
CHALK, HEARING OFFICER WOODBOURN
CORRECTIONAL FACILITY,

                  Defendants.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated November 30, 2022, the Court has GRANTED Defendants' motion to dismiss and Plaintiff's Second Amended Complaint is DISMISSED in its entirety without leave to replead; accordingly, the case is closed.

**Dated:** New York, New York

       December 1, 2022

                                                    **RUBY J. KRAJICK**

                                             _____
                                                    **Clerk of Court**

                        **BY:**       K. Mango

                                                    _____
                                                      **Deputy Clerk**